# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 514-10 |
| | ) | |
| DUSTIN SHANE WILLIAMSON | ) | |

## ORDER

The government has filed a Motion to Dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. This motion is hereby GRANTED. The Clerk is ordered to dismiss the indictment against Dustin Shane Williamson.

SO ORDERED, this 28 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA